STATE v. BROOKS

No. 48P00

Case below: 136 N.C.App. 124

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. BUSH

No. 104P00

Case below: 136 N.C.App. 667

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. CABE

No. 111P00

Case below: 136 N.C.App. 510

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 April 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. CHAVIS

No. 109P00

Case below: 136 N.C.App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. CLAYTON

No. 54P00

Case below: 136 N.C.App. 443

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 April 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.